

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2021

No. 04-20-00599-CV

**IN THE MATTER OF THE MARRIAGE OF CARLOS Y. BENAVIDES, JR. AND LETICIA R. BENAVIDES**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011-PB6-000081-L2-A
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Opening Brief is hereby GRANTED. The appellant's brief is due on or before June 7, 2021. No further extensions absent extraordinary circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2021.

_____
Michael A. Cruz,
Clerk of Court